NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ISMET GJELOSHI and FATIMA  )
GJELOSHI,                  )
                           )
    Appellants,            )
                           )
v.                         )    Case Nos.  2D16-4812
                           )                  2D17-310
                           )
WELLS FARGO BANK, N.A., as Assignor  )    <u>CONSOLIDATED</u>
to YASSO, INC., Assignee/Assignor to  )
TMF 12, LLC; ROBERT J. WRIGHT;  )
DOTTIE A. WRIGHT; 1300 S. HIGHLAND  )
CORP.; MID-OHIO SECURITIES  )
as custodian for Michael J. Guju; and  )
CVILLE, INC.,  )
                           )
    Appellees.             )
_____)

Opinion filed March 23, 2018.

Appeals from the Circuit Court for Pinellas
County; Thomas J. Minkoff, Judge.

Jawdet I. Rubaii and Jack F. White, III, of
Jawdet I. Rubaii, P.A., Clearwater, for
Appellants.

Thomas A. Burns of Burns, P.A., Tampa;
Bradley J. Wood of Bradley J. Wood, P.A.,
St. Petersburg; and Michael P. Beltran of
Beltran Litigation, P.A., Tampa, for
Appellee TMF 12 LLC.

James A. Staack and Kristine M. Reighard
of Staack, Sims & Reighard, P.L.,

Clearwater, for Appellees Robert J. Wright,
Dottie A. Wright, and 1300 S. Highland
Corp.

No Appearance for remaining Appellees

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LUCAS, JJ., Concur.